MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. SERGIO SANCHEZ-MORPHIN   CASE NO. 3:06-mj-00047-JDR
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE: JOHN D. ROBERTS

DEPUTY CLERK/RECORDER: APRIL KARPER

UNITED STATES' ATTORNEY: KAREN LOEFFLER

DEFENDANT'S ATTORNEY: MICHAEL DIENI - APPOINTED

U.S.P.O.: PAULA MCCORMICK

PROCEEDINGS: INITIAL APPEARANCE ON ARREST ON DISTRICT OF NEVADA
INDICTMENT HELD MARCH 6, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:31 p.m. court convened.

_X_ Defendant sworn.

_X_ Defendant stated true name: Sergio Sanchez Morfin

_X_ Financial Affidavit **FILED.**
   _X_ Federal Public Defender accepted appointment; FPD notified.

_X_ Defendant advised of charges and penalties.

_X_ Defendant detained. Order of Detention Pending Trial **FILED.**

_X_ Identity Hearing set for **March 10, 2006 at 2:00 p.m.**

At 3:43 p.m. court adjourned.

DATE: March 6, 2006         DEPUTY CLERK'S INITIALS: ak