(Rev 10/05)

# LIST OF EXHIBITS

---

Case No. 3:06-mj-00047-JDR        Magistrate Judge/~~Judge~~: John D. Roberts

Title  USA
       vs.
       Sergio Sanchez-Morphin

Dates of Hearing/Trial: 3/10/06

Deputy Clerk/Recorder: emc

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Bryan Schroder | Mike Dieni |
|  |  |
|  |  |

---EXHIBITS---

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX #ID | | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | ✓ | 3/10/06 | photo | | | | |
| 2 | ✓ | 3/10/06 | photo | | | | |
| 3 | ✓ | 3/10/06 | photo | | | | |
| 4 | ✓ | 3/10/06 | nevada DMV drivers license photo | | | | |
| 5 | ✓ | 3/10/06 | cell phone records | | | | |
| 6 | ✓ | 3/10/06 | booking photo of Sanchez | | | | |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |