Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>SERGIO SANCHEZ-MORPHIN,<br><br>　　　　　　Defendant. | Case No. 3:06-mj-0047-JDR<br><br>MOTION TO RELEASE DEFENDANT, *filed on shortened time* |

Defendant, Sergio Sanchez-Morfin, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for an order releasing him on the present charge.  On March 10, 2006, this court ordered Mr. Sanchez-Morfin extraditable to Nevada to face charges pending there, and provided the government ten days to do so.  The ten days expired yesterday.  Mr. Sanchez-Morfin requests the court to act upon the order and immediately release him from United States Marshal custody.

DATED this 21st day of March, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on March 21, 2006, a copy of the
foregoing document, with attachments, was
served electronically on:

Audrey J. Renschen, Esq.

/s/ Michael D. Dieni