UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>SERGIO SANCHEZ-MORPHIN,<br><br>          Defendant. | Case No. 3:06-mj-0047-JDR<br><br>PROPOSED<br>ORDER OF RELEASE |

　　　　After due consideration of defendant's motion, for good cause shown, it is hereby ordered that Mr. Sanchez-Morfin is released in the above captioned case.

　　　　DATED this ____ day of _____, 2006 in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　John D. Roberts
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge